**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| DAVID K. LARA, § | | |
| TDCJ No. 1337673, § | | |
| § | | |
| Plaintiff, § | | |
| v. § | CIVIL ACTION NO. | |
| § | | |
| TIMOTHY LONGORIA and § | SA-09-CV-0560 NN | |
| CAROL E. MONROE, § | | |
| § | | |
| Defendants. § | | |

## JUDGMENT

Plaintiff David Lara's claims against defendants Carol E. Monroe and Timothy Longoria were tried before a jury on September 19-20, 2011, the undersigned presiding. As to claims against Monroe, the jury returned a verdict in favor of Monroe and against Lara. As to the claims against Longoria, the jury returned a verdict in favor of Lara and against Longoria. As to the questions about damages, the jury determined that Longoria should compensate Lara in the amount of $15,000 for violating Lara's civil rights, $5,000 for aiding and abetting an assault against Lara, and $5,000 as exemplary damages for gross negligence. The jury having rendered its verdict, it is **ORDERED, ADJUDGED and DECREED** that judgment be entered consistent with the verdict, such that Longoria shall pay Lara $25,000 in damages. All parties shall bear their own costs.

**SIGNED** on October 12, 2011.

_____
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE