IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID K. LARA, | § § | |
| *Plaintiff,* | § § § | SA-9-CV-00560-ESC |
| vs. | § § § | |
| TIMOTHY A. LONGORIA, ASST. WARDEN CAROL MONROEJR., BRAD LIVINGSTON, EXECUTIVE DIRECTOR OF TDCJ-ID; | § § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is the above-styled cause of action, in which the Court appointed counsel for Plaintiff on June 26, 2020. The Court will order Plaintiff's newly appointed counsel to file an Advisory confirming that he has made contact with Plaintiff and proposing a timeline to address any outstanding issues with respect to the pending motion for a writ of execution, such as requested discovery or the filing of an amended motion.

**IT IS THEREFORE ORDERED** that David Clay Snell, attorney for Plaintiff, file an Advisory with the Court in accordance with this Order on or before **July 20, 2020**.

SIGNED this 9th day of July, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1